# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : Case No.: 2016 CR 237 (RCL) <br> : <br> : |
| v. | : <br> : <br> : |
| ANTWAUN CONLEY <br> Defendant | : <br> : |

## CONSENT MOTION TO TRANSFER TO CENTRAL TREATMENT FACILITY

COMES NOW the Defendant, Antwaun Conley(hereinafter "Conley"), by and through undersigned counsel, Harry Tun, Esquire, respectfully requests that this Honorable Court transfer him to Central Treatment Center (CTF). The grounds for the motion are as follows:

1. Mr. Conley has been held in D.C. Jail since the day he was transfer from Chesapeake Detention Center, Baltimore, Maryland.

2. This Honorable Court has approved the transfer previously without the government objection,

3. Unfortunately, D.C. Jail stated that there were not enough medical reason to transfer Mr. Conley CTF  due to food blockage problem in his stomach.  Undersigned counsel did not think that court order need to include all the medical condition since this Court is sending an order that Mr. Conley to transfer to CTF.

4.  Mr. Conley has following medical conditions:

    a.  He was shot and has a bullet lodged near his spine and it is still bothering Mr. Conley;

    b. Mr. Conley has surgery for major food blockage and cannot eat cold food off the tray that were given in D.C. Jail.  Since he has been in jail, he has been given cold

       food without micro wave and was unable to digest.   He is currently, suffering severe pain in his stomach.

5. The government has consented to this motion

6. Granting this continuance will not prejudice the government or the defendant.

WHEREFORE, for the reasons stated, the Defendant respectfully prays that this Court issue an order transferring Mr. Conley to CTF.

                                  Respectfully submitted,

                                  *harrytun*
                              Harry Tun, Esquire
                              Counsel for Defendant, Antwaun Conley
                              400 Seventh Street, N.W.
                              Suite 306
                              Washington, D.C. 20004
                              (292) 393-2882
                              tunharry@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2017, I caused a true and correct copy of the foregoing Motion te to be delivered to assigned Assistant United States Attorney, 555 fourth Street, N.W. Washington, D.C. 20001.

                              *harrytun*
                              Harry Tun
                              400 Fifth Street, N.W.
                              Suite 300
                              Washington, D.C. 20001
                              (202) 393-2882